THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD WESTCOATT, Appellant.

*Crimes — receiving stolen property — judgment of conviction affirmed.*

*People v. Westcoatt,* 219 App. Div. 807, affirmed.

(Argued May 10, 1927; decided May 31, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1927, which affirmed a judgment of the Court of General Sessions of the county of New York, rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property in the first degree.

*Clark L. Jordan* for appellant.

*Joab H. Banton, District Attorney (Edwin B. McGuire* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.